UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>RESA A. WILLIS,<br><br>                              Defendant. | Case No. 08-CR-302-17-JPS<br><br><br><br>ORDER |

On April 29, 2009, the government filed a multi-count superseding indictment against various defendants, including this defendant. (Docket #45). The defendant was charged in Count One of the Superseding Indictment for distributing heroin in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). *Id.* at 1-2. On September 6, 2016, the government also charged the defendant in a single-count information for conspiring to distribute heroin in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C). (Docket #747). That same day, the parties filed a plea agreement indicating that the defendant agreed to plead guilty to the Information, and that the Indictment charge would be dismissed at sentencing. (Docket #748 at 2-3).

The parties appeared before Magistrate Judge William E. Duffin on September 28, 2016, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #752). The defendant entered a plea of guilty as to Count One of the Information. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #752 and #754).

Thereafter, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) that a presentence investigation report be prepared; and (3) that the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #754). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

IT IS ORDERED that Magistrate Judge William E. Duffin's report and recommendation (Docket #754) be and the same is hereby ADOPTED.

Dated at Milwaukee, Wisconsin, this __th day of October, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

Page 2 of 2

Case 2:08-cr-00302-JPS   Filed 10/26/16   Page 2 of 2   Document 755